No. 3997.—MELÉNDEZ, aplte., v. AMERICAN RAILROAD Co. OF PORTO RICO, apda.—C. D. San Juan. Daños y perjuicios. Nov. 5, 1926. Desestimado el recurso a instancia de la apelada por no haberse presentado la exposición del caso a pesar de la prórroga concedida al apelante a tal fin.

No. 4035.—THE PORTO RICO BENEVOLENT SOCIETY, INC., apda., v. MERCADO ET AL., apltes.—C. D. Ponce. Cobro de dinero. Nov. 5, 1926. Desestimado el recurso a instancia de la apelada por abandono, porque la apelación se interpuso el 10 de julio de 1926 sin que los apelantes practicaran luego gestión alguna para perfeccionarla.

No. 2685.—PUEBLO, apdo., v. RAMIÚ, aplte.—C. D. Ponce. Infracción de ordenanzas municipales. Nov. 8, 1926. Revocada la sentencia apelada y absuelto el acusado por los fundamentos de la opinión emitida en el caso de *El Pueblo* v. *Alonso,* 35 D.P.R. 650.